■ The People of the State of New York, Respondent, v. Jimmy Scott, Appellant.— Motion granted and order of this court [33 A D 2d 657] entered October 23, 1969 amended to state that certain constitutional questions were presented and passed upon. Present — Goldman, P. J., Del Vecchio, Witmer, Gabrielli and Bastow, JJ.